UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 6:19-CR-48-REW-HAI |
| v. | ) | |
| | ) | |
| DYLAN BREWER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the Recommended Disposition (DE #24) of United States Magistrate Judge Edward B. Atkins, addressing Defendant Dylan Brewer's guilty plea to Counts 1 and 2 of the Indictment (DE #1). After Brewer consented to plead before a United States Magistrate Judge, Judge Atkins engaged in a full Rule 11 colloquy, and Defendant proceeded to plead guilty. DE #23 (Minutes); DE #24 at ¶¶ 1–2. Judge Atkins found Defendant competent to plead and concluded that his plea was knowing and voluntary; he further found that an adequate factual basis supported the plea as to each essential element of the charged offenses. DE #24 at ¶ 2. Accordingly, Judge Atkins recommended the Court accept Defendant's plea and adjudge him guilty of Counts 1 and 2 of the Indictment. *Id.* at ¶ 3.

Neither Brewer nor the Government objected to DE #24 within the allotted three-day period. *See id.* at 2. While this Court reviews *de novo* those portions of a Report and Recommendation to which a party objects, *see* 28 U.S.C. § 636(b)(1), it is not required to "review . . . a magistrate [judge]'s factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 106 S. Ct. 466, 472 (1985). Where the parties do not object to the magistrate judge's recommended disposition, they waive any right to

review. *See* Fed. R. Crim. P. 59(b); *United States v. White*, 874 F.3d 490, 495 (6th Cir. 2017) ("When a party . . . fails to lodge a specific objection to a particular aspect of a magistrate judge's report and recommendation, we consider that issue forfeited on appeal."); *see also United States v. Branch*, 537 F.3d 582, 587 (6th Cir. 2008) (noting that "[t]he law in this Circuit is clear" that a party who fails to object to a magistrate judge's recommendation forfeits the right to appeal its adoption).

The Court thus **ADOPTS** the Recommended Disposition (DE #24), accepts the plea, and **ADJUDGES** Defendant guilty of Counts 1 and 2 of the Indictment. The Court further **CANCELS** the jury trial in this matter (previously continued generally). Additionally, given Brewer's now-accepted plea and his concession of forfeitability as to the DE #1-identified firearm and ammunition (*see* DE #22 ¶ 10), the Court—finding the statutorily required criminal nexus present, per the plea's factual basis—preliminarily **ADJUDGES** the property forfeitable.

An Order scheduling Defendant's sentencing will follow. Brewer's custodial status, per the record, remains as detained.

This the 23rd day of October, 2019.

Signed By:
*Robert E. Wier*
**United States District Judge**